```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHN DILLARD, et al.,          )
                               )
     Plaintiffs,               )
                               )
     v.                        )    CIVIL ACTION NO.
                               )    2:87cv1228-MHT
TOWN OF HARPERSVILLE,          )         (WO)
                               )
     Defendant.                )
```

## FINAL JUDGMENT

Pursuant to the joint motion to show cause as to why this case should not be dismissed (Doc. No. 2), an order was entered on March 16, 2007 (Doc. No. 3), directing defendant Town of Harpersville to show cause, if any there be, in writing by May 15, 2007, as to why said motion should not be granted.  No response has been filed by defendant.

There being no objection to the show-cause order and the final dismissal of this action, and Alabama Act No.

2006-252 having received preclearance, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to show cause as to why this case should not be dismissed (Doc. No. 2) is granted.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree the court entered on July 20, 1992, as precleared on August 7, 1992, together providing that the Town Council of the Town of Harpersville consist of five members elected to four-year terms from two multi-member districts, each with numbered positions.

(3) The injunction contained in the prior judgment of the court to the extent it pertains to defendant Town of Harpersville is dissolved.

(4) All claims against defendant Town of Harpersville in this action are dismissed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 18th day of May, 2007.**

                                        /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**